**Judgment in a Civil Case**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **STEPHEN G. BIGHAM,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 04-887-PMF |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came before the Court for judicial review of the Commissioner's decision. The Court having rendered its decision affirming the Commissioner's final decision denying benefits,

**IT IS ORDERED AND ADJUDGED** that judgment be, and it is, hereby, entered in favor of defendant, Jo Anne B. Barnhart, Commissioner of Social Security, and against plaintiff, Stephen

DATED: March 31, 2006         NORBERT G. JAWORSKI, CLERK

                              By: s/Karen R. Metheney
                                  Deputy Clerk

**APPROVED:**

*s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**